AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

DEC 27 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. EP-23-M-4241-RFC |
| BRAYDEN MATTHEW ALVARADO | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____12/3/2023_____ in the county of _____EL PASO_____ in the
_____WESTERN_____ District of _____TEXAS_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2119 | Motor Vehicles: Whoever, with the intent to cause death or serious bodily harm takes a motor vehicle that has been transported, shipped, or received in interstate or foreign commerce from the person or presence of another by force and violence or by intimidation |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

Oath Telephonically Sworn
At_____:_____ PM
Fed.R.Crim.P.4.1(b)(2)(A)

*Shannon Enochs*
*Complainant's signature*

SHANNON ENOCHS, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___12/27/2023___

*Judge's signature*

City and state: _____EL PASO,TEXAS_____

ROBERT CASTANEDA, US MAGISTRATE JUDGE
*Printed name and title*

## PROBABLE CAUSE STATEMENT

1.      I, Shannon Enochs, am a Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice and conduct investigations of violations of Federal Criminal Law. I have been an FBI Special Agent since October 2006.  I am assigned to the FBI's El Paso, Texas Field Office, Violent Crimes Squad.  During this time, I have investigated violations of numerous federal criminal statutes, including carjacking.

2.      The information contained herein is based on my personal knowledge and observations made during the course of this investigation, information conveyed by other law enforcement personnel from, interviews and investigative activity, and the review of records and documents obtained during this investigation.

3.      On December 13, 2023, FBI El Paso was contacted by US Army Criminal Investigation Division (CID) Fort Bliss Field Office of a body located in the desert adjacent to Railroad Drive and US Army installation Fort Bliss, Texas, located on land owned by Fort Bliss and under the special territorial and exclusive federal jurisdiction of the United States.  The decedent, an adult male, had trauma to the head.   Army CID conducted a crime scene investigation and collected the body for transport to William Beaumont Army Medical Center (WBAMC).

4.      On December 15, 2023, FBI El Paso attended the autopsy of the decedent.  The Armed Forces Medical Examiner (AFME) staff was able to submit fingerprints to the FBI for a positive match:  Victim 1, a resident of Las Cruces, New Mexico.  The medical examiner informed the Agents present at the autopsy that she recovered shotgun pellets and part of a shotgun wad (plastic interior part of a shotgun shell) from the decedent's skull, indicating the decedent was shot by a shotgun.

5.      The FBI and US Army CID learned there was a Missing Person report from Las Cruces Police Department (LCPD)/Dona Ana Sheriff's Office (DASO) for Victim 1.  Through coordination with DASO investigators, FBI El Paso learned that Victim was at home in Las Cruces, NM, on December 3, 2023.  At approximately 9:00 PM, Victim 1 departed his house.  Later that night a witness spotted Victim 1's vehicle, a 2018 silver GMC Yukon, at Burn Lake located in Las Cruces, NM, but did not see Victim 1.  The witness saw another male beside his vehicle on the passenger side.  The witness described the male as having a light complexion and curly hair above his ears.

6.      Victim 1, who lives with his parents, was not observed at his residence the following morning on December 4, 2023.  Victim 1's mother delivered lunch to Victim 1's place of employment but learned that Victim 1 was not present, which was highly irregular.  Victim 1's mother and other family members contacted LCPD and filed a Missing Person report and a BOLO was issued to law enforcement agencies in the area, to include El Paso, Texas.

7.      On December 6, 2023, a gray/silver GMC Yukon was towed by a commercial towing company, which matched the description from the BOLO.  El Paso Police Department (EPPD) impounded the vehicle and later determined there was blood evidence within the vehicle and also a gunshot hole in the interior of the car later determined originating from a shotgun, as pellets were retrieved from within the vehicle.  EPPD also obtained latent fingerprints from within the vehicle.  Several of the latent fingerprints were matched to BRAYDEN ALVARADO, an adult male with historical addresses in New Mexico.

8.      On December 22, 2023, FBI El Paso located BRAYDEN ALVARADO in El Paso, Texas.  FBI El Paso conducted an interview with ALVARADO, who stated on December 3, 2023, he had set up a meeting with Victim 1 with the intention to carjack Victim 1 for the purposes of

stealing Victim 1's car.  Victim 1 picked up ALVARADO in a gray/silver GMC Yukon and drove to Burn Lake, Las Cruces, NM.  While parked at Burn Lake, ALVARADO, using a pellet gun, threatened serious harm to Victim 1 and carjacked Victim 1's vehicle with Victim 1 located in the backseat.

9.      ALVARADO drove Victim 1 across the border of New Mexico into El Paso, Texas, in the Western District of Texas.  During this time, Victim 1 begged for his life and asked that he not be harmed.  ALVARADO stopped at a park in Northeast El Paso and then subsequently drove to a desert area nearby.  Once in the desert area, ALVARADO, using a shotgun in his possession that he loaded with several rounds, fired at Victim 1.  ALVARADO then dragged Victim 1's body from the GMC Yukon and placed his body next to a thorn bush.  ALVARDO stated he utilized the GMC Yukon for the next several days as a method of conveyance until the vehicle was unexpectedly towed.

10.      Based on the facts set forth in this affidavit, there is probable cause to believe that BRAYDEN ALVARADO has committed violations of Title 18, United States Code (U.S.C.), Section 2119, Motor Vehicles.